**Order entered February 15, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00784-CR
## No. 05-18-00785-CR

**NICHOLAS LEON ALEXANDER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-39330-R & F17-10320-R**

## ORDER

The reporter's record was filed November 13, 2018. Missing from the record is State's Exhibit 5, a DVD of appellant's interview with police, that was offered and admitted at trial.

We **ORDER** court reporter Debi Harris to file a supplemental reporter's record containing a true and correct playable copy of State's Exhibit 5 within **FOURTEEN DAYS** of the date of this order.

/s/    CORY L. CARLYLE
        JUSTICE